No. 71–5184. SINCLAIR *v.* LOUISIANA. Sup. Ct. La.

No. 71–5192. TULL *v.* WARDEN, MARYLAND PENITENTIARY. Ct. App. Md.

No. 71–5194. SEENEY *v.* DELAWARE. Sup. Ct. Del.

No. 71–5197. STRONG *v.* MARYLAND. Ct. App. Md.

No. 71–5225. STEIGLER *v.* DELAWARE. Sup. Ct. Del.

No. 71–5228. CURRY *v.* TEXAS. Ct. Crim. App. Tex.

No. 71–5274. ELLIOTT *v.* OHIO. Sup. Ct. Ohio.

No. 71–5359. CERNY *v.* WASHINGTON. Sup. Ct. Wash.

No. 71–5369. TILFORD *v.* PAGE, WARDEN. C. A. 10th Cir.

No. 71–5395. WESTBROOK *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 71–5525. WHITE *v.* OHIO. Sup. Ct. Ohio.

No. 71–5648. ALFORD *v.* EYMAN, WARDEN. C. A. 9th Cir.

No. 71–5744. PHELAN *v.* BRIERLEY, WARDEN. C. A. 3d Cir.

No. 71–5866. JOHNSON *v.* FLORIDA. Sup. Ct. Fla.

No. 71–6001. DOSS *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 71–6068. STANLEY *v.* TEXAS. Ct. Crim. App. Tex.

No. 71–6081. KASSOW *v.* OHIO. Sup. Ct. Ohio.